❦Prob 12C
(Rev. 07/14 - D/SC)

# United States District Court

for

### District of South Carolina

RECEIVED
USDC CLERK, FLORENCE, SC
2014 NOV 14  PM 3: 16

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Bernardino Gonzalez-Gonzalez          **Case Number:** 4:13CR00237-003

(M-14-2188-M)

**Name of Sentencing Judicial Officer:** The Honorable R. Bryan Harwell, United States District Judge

**Date of Original Sentence:** July 24, 2013

**Original Offense:** Count 3: Illegal Re-entry Into the United States, in violation of 8 U.S.C. § 1326(a)(2)

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for Time Served followed by 36 months of supervised release. The following special conditions were ordered: 1) The defendant shall satisfactorily participate in a substance abuse treatment program, to include drug testing, as approved by the U.S. Probation Office. The defendant shall contribute to the costs of such treatment not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services," and shall cooperate in securing applicable third-party payment, such as insurance or Medicaid"; (2) The defendant shall comply with U.S. Immigration and Customs Enforcement concerning deportation and re-entry into the United States. If deported, the defendant shall remain outside the United States until he has obtained express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission into the United States; and (3) The defendant shall pay a Special Assessment Fee in the amount of $100, due immediately.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** July 24, 2013

**Assistant U.S. Attorney:** William E. Day, II          **Defense Attorney:** John M. Ervin, III

**Previous Court Action/Notification(s):** None

---

### PETITIONING THE COURT

[X] To issue a warrant

[ ] To issue a summons

Prob 12C  
(Rev. 07/14 - D/SC)

Page 2

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**           **Nature of Noncompliance**

1. **Illegal Re-entry Into the United States without Expressed Consent:**

   On November 14, 2014, at 9:00 A.M., the defendant was apprehended by U.S. Border Patrol Agents in Rio Grande City, Texas. He is being detained and U.S. Border Patrol intends to charge him with Illegal Re-entry on Monday, November 17, 2014.

2. **Failure to Pay Special Assessment Fee:**

   The defendant has failed to pay any of the $100 balance for the Court-ordered Special Assessment Fee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 14, 2014

*Maureen J. Kiney* (signature)  
Supervisory U.S. Probation Officer

Reviewed and Approved By:

*Gary W. Muh* (signature)  
Gary W. Graham  
Supervisory U.S. Probation Officer

---

**THE COURT ORDERS:**

☐ No action.

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

Prob 12C
(Rev. 07/14 - D/SC)

Page 3

## BOND CONSIDERATION:

☒ Bond to be set at the discretion of the United States Magistrate Judge.

☐ No bond to be set.

☐ Other (specify):

R. Bryan Harwell
United States District Judge

11-14-14
Date

RECEIVED
USDC CLERK, FLORENCE, SC
2014 NOV 14 PM 3: 16